UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

| | |
|---|---|
| In re:<br><br>Helen Dennise Casterline,<br>     Debtor<br><br>Selene Finance, LP as servicer for U.S. Bank Trust National Association, not in its individual capacity but solely as Owner Trustee for RCF 2 Acquisition Trust,<br><br>     Movant<br>v.<br>Helen Dennise Casterline,<br>     Debtor/Respondent<br>William G Casterline,<br>     Co-Debtor/Respondent<br><br>Jack N Zaharopoulos,<br>     Trustee/Respondent | Bankruptcy No. 5:24-bk-00530-MJC<br><br>Chapter 13 |

## ORDER

Upon consideration of Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST's Motion for Relief from Automatic Stay, pursuant to 11 U.S.C. §362(d) and 11 U.S.C. §1301, and Creditor's Certificate of Default, Doc. 40, it is hereby

**ORDERED** that the automatic stay provisions of Section 362 of the Bankruptcy Code are hereby unconditionally terminated with respect to Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST; it is further

Case 5:24-bk-00530-MJC    Doc 41    Filed 01/21/26    Entered 01/21/26 15:34:03    Desc
Main Document    Page 1 of 2

ORDERED that Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCF 2 ACQUISITION TRUST, its successor and/or assigns are entitled to proceed with appropriate state court remedies against the property located at 21 Casterline Road, Shawanese, Pennsylvania 18654 fka Casterline Rd., PO Box 292, Shawanese, Pennsylvania 18654 ("Property") as to the Debtor, including without limitation a sheriff's sale of the Property.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 21, 2026