# Notice Recipients

District/Off: 0314–5    User: AutoDocketer    Date Created: 1/21/2026
Case: 5:24–bk–00530–MJC    Form ID: pdf010    Total: 2

**Recipients of Notice of Electronic Filing:**
aty    John Fisher    johnvfisher@yahoo.com

    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
    William G Casterline    PO Box 292    Shawanese, PA 18654

    TOTAL: 1